

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 06CV4273<br>JUDGE SHADUR<br>MAG. JUDGE BROWN |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | |
| REGAL-BELOIT CORP., | ) ) | COMPLAINT<br>JURY TRIAL DEMAND |
| Defendant. | ) ) ) | |

FILED AUG 8 2006 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Edmund C. Meadows ("Meadows") who was adversely affected by such practices. As stated with greater particularity below, the Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Meadows was terminated in retaliation for, among other things, assisting EEOC in an investigation of a Charge of Discrimination made against Regal-Beloit Corporation ("Regal" or "Defendant").

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern

Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, has continuously been a Wisconsin corporation doing business in the State of Illinois and the City of Chicago, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Meadows filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about March 31, 2004, Defendant engaged in an unlawful employment practice in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). This unlawful employment practice was the termination of Meadows. Defendant terminated Meadows in retaliation for his cooperating with an EEOC investigation of a Charge of Discrimination, 210A203876, made against a subsidiary of Regal, Illinois Gear/Foote Jones, in May of 2003, and for protesting racially derogatory remarks made by one of Defendant's managers in June of 2003, or for doing either of these things.

8. The effect of the practice complained of in paragraph 7, above, has been to deprive Meadows of equal employment opportunities and otherwise adversely affect his status as an employee, because of his participation in an EEOC investigation and his opposition to employment practices made unlawful by Title VII, or either of them.

9. The unlawful employment practice complained of in paragraphs 7 and 8 above was intentional.

10. The unlawful employment practice complained of in paragraphs 7 and 8 above was done with malice or with reckless indifference to the federally protected rights of Meadows.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation and any other employment practice which discriminates on the basis of cooperating with an EEOC investigation, or opposing employment practices made unlawful by Title VII.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees who cooperate with EEOC investigations or oppose employment practices made unlawful by Title VII, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Meadows, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to the reinstatement of Meadows.

D. Order Defendant to make whole Meadows, by providing compensation for past

and future pecuniary losses resulting from the unlawful employment practice described in paragraphs 7 and 8 above in amounts to be determined at trial.

  E. Order Defendant to make whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in paragraphs 7 and 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation in amounts to be determined at trial.

  F. Order Defendant to pay punitive damages for its malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
John C. Hendrickson
Regional Attorney

_____
Gregory Gochanour
Supervisory Trial Attorney

_____
Ethan M. M. Cohen
Trial Attorney

Ethan M. M. Cohen
A.R.D.C. No. 06206781
U.S. Equal Employment
    Opportunity Commission
500 W. Madison, Suite 2800
Chicago, Illinois 60661
(312) 353-7568